IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE MELLOR,<br><br>Defendant. | No. CR08-0049<br><br>ORDER DENYING REQUEST FOR CONCURRENCE FORM |

This matter comes before the Court on the Request for Grand Jury Concurrence Form (docket number 45) filed by the Defendant on November 24, 2008. Pursuant to Local Rule 7.c, the motion will be decided without oral argument.

Initially, the Court notes that the motion fails to comply with Local Rule 7.d, which requires the movant to prepare a brief "containing a statement of the grounds for the motion and citations to the authorities upon which the moving party relies."[1] Nonetheless, the Court will address the motion on its merits.

Defendant requests that the Clerk of Court "produce and turnover [sic] a copy of the grand jury's concurrence forms for review in line with defendant's right to due process and for appeal." Procedures governing a grand jury are set forth in FEDERAL RULE OF CRIMINAL PROCEDURE 6. Generally, matters relating to a grand jury may not be disclosed. Rule 6(e)(2). The Court may authorize disclosure of a grand jury matter "in connection with a judicial proceeding," or "at the request of a defendant who shows that a ground may exist to dismiss the indictment because of a matter that occurred before the grand jury." *See* Rule 6(e)(3)(E)(i) and (ii). Under the first exception, however, "a

---

[1] Local Rule 7 governs motion procedure in criminal cases. *See* LCrR 47.a.

1

defendant must show a 'particularized need' which outweighs the policy of secrecy." *United States v. Wood*, 775 F. Supp. 335, 337 (W.D. Ark. 1991). Defendant has not done so here. Regarding the second exception, Defendant has failed to produce any evidence, by affidavit or otherwise, that grounds may exist to dismiss the indictment because of something that occurred before the grand jury. *Id.* at 336. Therefore, the Court concludes that the information sought by Defendant should be denied.

## ORDER

IT IS THEREFORE ORDERED that the Request for Grand Jury Concurrence Form (docket number 45) filed by Defendant on November 24, 2008 is hereby **OVERRULED** and **DENIED**.

DATED this 2nd day of December, 2008.

_____
JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA