# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR08-0049-LRR |
| vs. | |
| RICHARD LEE MELLOR, | ORDER |
| Defendant. | |

The matter before the court is the defendant's motion to reduce sentence under Federal Rule of Criminal Procedure 35 (docket no. 263). The defendant filed such motion on November 2, 2009. The government did not file a resistance, and the court did not order it to do so.

Relief under Federal Rule of Criminal Procedure 35 is unavailable to the defendant. More than 7 days have passed since the court sentenced the defendant, *see* Fed. R. Crim. P. 35(a), and only the government may move the court to reduce a defendant's sentence, *see* Fed. R. Crim. P. 35(b). Additionally, no technical error occurred, and it is highly doubtful that the defendant provided substantial assistance to the government. *See generally*, Fed. R. Crim. P. 35. Finally, the defendant's direct appeal is still pending, and he should raise his concerns about the validity of his convictions or sentences with the Eighth Circuit Court of Appeals. Accordingly, the defendant's motion to reduce sentence

under Federal Rule of Criminal Procedure 35 (docket no. 263) is denied.

**IT IS SO ORDERED**.

**DATED** this 2nd day of November, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA